**Fill in this information to identify your case:**

Debtor 1: **Amin S Rasheed**
 First Name   Middle Name   Last Name

Debtor 2: 
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: **EASTERN DISTRICT OF PENNSYLVANIA**

Case number (if known): **23-12138**

[✓] Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   - [ ] No. Go to Part 2.
   - [✓] Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|   |   | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Delaware Department of Revenue** <br> Priority Creditor's Name <br> **Carvel State Office Building** <br> **820 N French Street** <br> **Wilmington, DE 19801** <br> Number Street City State Zip Code <br> **Who incurred the debt?** Check one. <br> [✓] Debtor 1 only <br> [ ] Debtor 2 only <br> [ ] Debtor 1 and Debtor 2 only <br> [ ] At least one of the debtors and another <br> [ ] Check if this claim is for a community debt <br> **Is the claim subject to offset?** <br> [✓] No <br> [ ] Yes | Last 4 digits of account number _____ <br> When was the debt incurred? _____ <br><br> **As of the date you file, the claim is:** Check all that apply <br> [ ] Contingent <br> [ ] Unliquidated <br> [ ] Disputed <br> **Type of PRIORITY unsecured claim:** <br> [ ] Domestic support obligations <br> [✓] Taxes and certain other debts you owe the government <br> [ ] Claims for death or personal injury while you were intoxicated <br> [ ] Other. Specify _____ | $20,000.00 | $12,000.00 | $8,000.00 |
| **2.2** | **Internal Revenue Service** <br> Priority Creditor's Name <br> **P.O. Box 7346** <br> **Philadelphia, PA 19101** <br> Number Street City State Zip Code <br> **Who incurred the debt?** Check one. <br> [✓] Debtor 1 only <br> [ ] Debtor 2 only <br> [ ] Debtor 1 and Debtor 2 only <br> [ ] At least one of the debtors and another <br> [ ] Check if this claim is for a community debt <br> **Is the claim subject to offset?** <br> [✓] No <br> [ ] Yes | Last 4 digits of account number _____ <br> When was the debt incurred? _____ <br><br> **As of the date you file, the claim is:** Check all that apply <br> [ ] Contingent <br> [ ] Unliquidated <br> [ ] Disputed <br> **Type of PRIORITY unsecured claim:** <br> [ ] Domestic support obligations <br> [✓] Taxes and certain other debts you owe the government <br> [ ] Claims for death or personal injury while you were intoxicated <br> [ ] Other. Specify _____ | $150,000.00 | $20,000.00 | $130,000.00 |

Debtor 1  **Amin S Rasheed**  Case number (if known) **23-12138**

### Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

- [ ] No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- [✓] Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

**4.1 Bank of America**  Last 4 digits of account number **3902**  **$0.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**4909 Savarese Circle**   When was the debt incurred?  **Opened 04/15  Last Active 9/04/20**
**Tampa, FL 33634**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify **Credit Card**

Is the claim subject to offset?
- [✓] No
- [ ] Yes

**4.2 Bank of America**  Last 4 digits of account number **0890**  **$0.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**4909 Savarese Circle**   When was the debt incurred?  **Opened 04/16  Last Active 9/01/20**
**Tampa, FL 33634**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify **Credit Card**

Is the claim subject to offset?
- [✓] No
- [ ] Yes

Debtor 1  **Amin S Rasheed**  Case number (if known) **23-12138**

---

**4.3** **Bonneville Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**P.O. Box 400**
**Provo, UT 84603**
Number Street City State Zip Code

Last 4 digits of account number **4057**   $0.00

When was the debt incurred? **Opened 05/18  Last Active 9/19/21**

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Line Secured**

---

**4.4** **Bridgecrest Acceptance Corp**
Nonpriority Creditor's Name
**7300 East Hampton Avenue**
**Suite 100**
**Mesa, AZ 85209**
Number Street City State Zip Code

Last 4 digits of account number **1601**   $4,770.00

When was the debt incurred? **Opened 05/19  Last Active 10/14/22**

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Automobile**

---

**4.5** **Bridgecrest Acceptance Corp**
Nonpriority Creditor's Name
**7300 East Hampton Avenue**
**Suite 100**
**Mesa, AZ 85209**
Number Street City State Zip Code

Last 4 digits of account number **1701**   $2,228.00

When was the debt incurred? **Opened 05/19  Last Active 3/09/23**

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Automobile**

---

Debtor 1  **Amin S Rasheed**  Case number (if known) **23-12138**

---

**4.6  Bridgecrest Acceptance Corp**
Nonpriority Creditor's Name
**7300 East Hampton Avenue
Suite 100
Mesa, AZ 85209**
Number Street City State Zip Code

Last 4 digits of account number **8602**       $0.00

**Opened 05/19  Last Active 6/05/19**
When was the debt incurred?

**Who incurred the debt?** Check one.
[✓] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
[✓] No
[ ] Yes

As of the date you file, the claim is: Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[✓] Other. Specify **Automobile**

---

**4.7  Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130**
Number Street City State Zip Code

Last 4 digits of account number **3192**       $1,118.00

**Opened 04/15  Last Active 3/15/19**
When was the debt incurred?

**Who incurred the debt?** Check one.
[✓] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
[✓] No
[ ] Yes

As of the date you file, the claim is: Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[✓] Other. Specify **Credit Card**

---

**4.8  CarMax Auto Finance**
Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 440609
Kennesaw, GA 30160**
Number Street City State Zip Code

Last 4 digits of account number **6777**       $0.00

**Opened 06/20  Last Active 3/30/23**
When was the debt incurred?

**Who incurred the debt?** Check one.
[✓] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
[✓] No
[ ] Yes

As of the date you file, the claim is: Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[✓] Other. Specify **Automobile**

---

Debtor 1  **Amin S Rasheed**    Case number (if known)  23-12138

---

**4.9  Cavalry Portfolio Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**500 Summit Lake Drive, Suite 400**
**Vahalla, NY 10595**
Number Street City State Zip Code

Last 4 digits of account number  **5654**    $5,208.00

When was the debt incurred?  **Opened 11/20**

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Collection Attorney Citibank**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

---

**4.10  Del-One FCU**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**270 Beiser Blvd**
**Dover, DE 19904**
Number Street City State Zip Code

Last 4 digits of account number  **0369**    $2,080.00

When was the debt incurred?  **Opened 08/19  Last Active 3/17/23**

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Credit Line Secured**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

---

**4.11  Del-One FCU**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**270 Beiser Blvd**
**Dover, DE 19904**
Number Street City State Zip Code

Last 4 digits of account number  **0101**    $0.00

When was the debt incurred?  **Opened 12/15  Last Active 12/29/16**

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Unsecured**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

---

Debtor 1  **Amin S Rasheed**   Case number (if known)  **23-12138**

---

**4.1.2**

**Del-One FCU**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**270 Beiser Blvd**
**Dover, DE 19904**
Number Street City State Zip Code

Last 4 digits of account number  **0102**   $0.00

When was the debt incurred?  **Opened 11/16  Last Active 7/31/17**

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Unsecured**

---

**4.1.3**

**Del-One FCU**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**270 Beiser Blvd**
**Dover, DE 19904**
Number Street City State Zip Code

Last 4 digits of account number  **0101**   $0.00

When was the debt incurred?  **Opened 10/20  Last Active 11/26/21**

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Automobile**

---

**4.1.4**

**Dept Of Education/neln**
Nonpriority Creditor's Name
**Po Box 82561**
**Lincoln, NE 68501**
Number Street City State Zip Code

Last 4 digits of account number  **2227**   $2,347.00

When was the debt incurred?  **Opened 10/15  Last Active 4/27/23**

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify  **Educational**

---

Debtor 1  Amin S Rasheed                           Case number (if known)   23-12138

---

### 4.15  Dept Of Education/neln
Nonpriority Creditor's Name

Po Box 82561
Lincoln, NE 68501
Number Street City State Zip Code

Last 4 digits of account number  **2527**          $1,553.00

When was the debt incurred?  **Opened 10/16  Last Active 4/27/23**

Who incurred the debt? Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [✓] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify _____

**Educational**

---

### 4.16  Dept Of Education/neln
Nonpriority Creditor's Name

Po Box 82561
Lincoln, NE 68501
Number Street City State Zip Code

Last 4 digits of account number  **2627**          $1,553.00

When was the debt incurred?  **Opened 02/17  Last Active 4/27/23**

Who incurred the debt? Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [✓] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify _____

**Educational**

---

### 4.17  Dept Of Education/neln
Nonpriority Creditor's Name

Po Box 82561
Lincoln, NE 68501
Number Street City State Zip Code

Last 4 digits of account number  **2427**          $1,201.00

When was the debt incurred?  **Opened 11/15  Last Active 4/27/23**

Who incurred the debt? Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [✓] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify _____

**Educational**

Debtor 1  **Amin S Rasheed**   Case number (if known)  **23-12138**

---

**4.18**  **Dept Of Education/neln**
Nonpriority Creditor's Name

Po Box 82561
Lincoln, NE 68501
Number Street City State Zip Code

Last 4 digits of account number  **2327**   $690.00

When was the debt incurred?  **Opened 10/15  Last Active 4/27/23**

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify  **Educational**

---

**4.19**  **Discover Financial**
Nonpriority Creditor's Name

Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054
Number Street City State Zip Code

Last 4 digits of account number  **1058**   $0.00

When was the debt incurred?  **Opened 04/16  Last Active 8/31/20**

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

---

**4.20**  **Dover Fed Credit Union**
Nonpriority Creditor's Name

Attn: Bankruptcy
1075 Silver Lake Blvd
Dover, DE 19904
Number Street City State Zip Code

Last 4 digits of account number  **9150**   $0.00

When was the debt incurred?  **Opened 12/15  Last Active 10/06/16**

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Note Loan**

---

Debtor 1  **Amin S Rasheed**                                              Case number (if known)  **23-12138**

---

**4.2.1**  **Enterprise Rent A Car**                  Last 4 digits of account number _____                       **$14,000.00**
Nonpriority Creditor's Name
**600 Corporate Park Drive**                          When was the debt incurred?  _____
**Saint Louis, MO 63105**
Number Street City State Zip Code                     As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
- [☐] Contingent
- [✓] Debtor 1 only
- [☐] Unliquidated
- [☐] Debtor 2 only
- [☐] Disputed
- [☐] Debtor 1 and Debtor 2 only
- [☐] At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
- [☐] Student loans
- [☐] Check if this claim is for a community debt
- [☐] Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
- [☐] Debts to pension or profit-sharing plans, and other similar debts
- [✓] No
- [✓] Other. Specify  **Other**
- [☐] Yes

---

**4.2.2**  **Erqin Mo**                               Last 4 digits of account number _____                       **Unknown**
Nonpriority Creditor's Name
**PO Box 7061**                                       When was the debt incurred?  _____
**Wilmington, DE 19803**
Number Street City State Zip Code                     As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
- [☐] Contingent
- [✓] Debtor 1 only
- [☐] Unliquidated
- [☐] Debtor 2 only
- [☐] Disputed
- [☐] Debtor 1 and Debtor 2 only
- [☐] At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
- [☐] Student loans
- [☐] Check if this claim is for a community debt
- [☐] Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
- [☐] Debts to pension or profit-sharing plans, and other similar debts
- [✓] No
- [✓] Other. Specify  **Other**
- [☐] Yes

---

**4.2.3**  **EZ Pass Delaware**                       Last 4 digits of account number _____                       **$2,000.00**
Nonpriority Creditor's Name
**22-24 W. Lockerman Street**                         When was the debt incurred?  _____
**Dover, DE 19904**
Number Street City State Zip Code                     As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
- [☐] Contingent
- [✓] Debtor 1 only
- [☐] Unliquidated
- [☐] Debtor 2 only
- [☐] Disputed
- [☐] Debtor 1 and Debtor 2 only
- [☐] At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
- [☐] Student loans
- [☐] Check if this claim is for a community debt
- [☐] Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
- [☐] Debts to pension or profit-sharing plans, and other similar debts
- [✓] No
- [✓] Other. Specify  **Other**
- [☐] Yes

---

Debtor 1   **Amin S Rasheed**                                    Case number (if known)   **23-12138**

| 4.2 4 | **EZ Pass- Pennsylvania** | Last 4 digits of account number | | $2,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**300 East Park Drive**
**Harrisburg, PA 17111**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Other**

---

| 4.2 5 | **Genesis Financial** | Last 4 digits of account number   **3049** | | $2,198.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Genesis FS Card Services**
**Po Box 4477**
**Beaverton, OR 97076**
Number Street City State Zip Code

When was the debt incurred?   **Opened 04/15  Last Active 6/09/23**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

| 4.2 6 | **Jason Gang, LLC** | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1245 Hewlett Plaza, #478**
**Hewlett, NY 11557**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Other**

Debtor 1  **Amin S Rasheed**  Case number (if known) **23-12138**

---

**4.27**

**John Cavanagh**
Nonpriority Creditor's Name
c/o Pollins Law
303 W. Lancaster Avenue
Suite 1C
Wayne, PA 19087
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred?  **June 2021 - Sept 2022**

$10,346.16

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Unpaid wages**

---

**4.28**

**Kodiak Funding**
Nonpriority Creditor's Name
80 State Street
Albany, NY 12207
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

Unknown

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Other**

---

**4.29**

**Kollias Law LLC**
Nonpriority Creditor's Name
c/o Ping Xu
3513 Concord Pike
Suite 3300
Wilmington, DE 19803
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

Unknown

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Other**

---

Debtor 1  **Amin S Rasheed**  Case number (if known)  **23-12138**

---

**4.3 0**

**Mariner Finance, LLC**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**8211 Town Center Drive**
**Nottingham, MD 21236**
Number Street City State Zip Code

Last 4 digits of account number  **0313**   $1,641.00

When was the debt incurred?  **Opened 06/16  Last Active 3/10/21**

**Who incurred the debt?** Check one.
[✓] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

As of the date you file, the claim is: Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[✓] Other. Specify  **Secured**

---

**4.3 1**

**Mercury/FBT**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 84064**
**Columbus, GA 31908**
Number Street City State Zip Code

Last 4 digits of account number  **9452**   $1,864.00

When was the debt incurred?  **Opened 12/15  Last Active 1/15/23**

**Who incurred the debt?** Check one.
[✓] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

As of the date you file, the claim is: Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[✓] Other. Specify  **Credit Card**

---

**4.3 2**

**Morton, Valihura & Zerbato, LLC**
Nonpriority Creditor's Name
**c/o Jullian Pratt**
**3704 Kennett Plke, Suiete 200**
**Wilmington, DE 19807**
Number Street City State Zip Code

Last 4 digits of account number   Unknown

When was the debt incurred?

**Who incurred the debt?** Check one.
[✓] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

As of the date you file, the claim is: Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[✓] Other. Specify  **Other**

---

Debtor 1  **Amin S Rasheed**                          Case number (if known)  **23-12138**

---

**4.33**

**National Credit Adjusters, LLC**
Nonpriority Creditor's Name
**327 West 4th Avenue**
**Po Box 3023**
**Hutchinson, KS 67504**
Number Street City State Zip Code

Last 4 digits of account number  **4544**                $3,995.00

When was the debt incurred?  **Opened 08/19**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

☑ No
☐ Yes

☑ Other. Specify  **Factoring Company Account Rise Credit Of Delaware Llc D/**

---

**4.34**

**National Recovery Agency**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 67015**
**Harrisburg, PA 17106**
Number Street City State Zip Code

Last 4 digits of account number  **0085**                $1,295.00

When was the debt incurred?  **Opened 11/22**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

☑ No
☐ Yes

☑ Other. Specify  **Collection Attorney Delmarva Power**

---

**4.35**

**Newark E-Z Pass**
Nonpriority Creditor's Name
**375 McCarter Highway (Route 21)**
**Newark, NJ 07114**
Number Street City State Zip Code

Last 4 digits of account number                         $2,000.00

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

☑ No
☐ Yes

☑ Other. Specify  **Other**

---

Debtor 1  **Amin S Rasheed**    Case number (if known)  **23-12138**

---

**4.36**

**Self/atlantic Capital**
Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

Last 4 digits of account number **6659**

When was the debt incurred? **Opened 06/20  Last Active 6/26/21**

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Secured**

$0.00

---

**4.37**

**Selfinc/lead**
Nonpriority Creditor's Name
**Attn: Bankruptcy
1801 Main St
Kansas City, MO 64108**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

Last 4 digits of account number **7373**

When was the debt incurred? **Opened 04/20  Last Active 1/17/23**

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Credit Line Secured**

$224.00

---

**4.38**

**Selfinc/lead**
Nonpriority Creditor's Name
**Attn: Bankruptcy
1801 Main St
Kansas City, MO 64108**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

Last 4 digits of account number **4593**

When was the debt incurred? **Opened 06/21  Last Active 6/27/22**

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Secured**

$0.00

---

Debtor 1  Amin S Rasheed                              Case number (if known)  23-12138

---

**4.39**

**Selfinc/lead**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**1801 Main St**
**Kansas City, MO 64108**
Number Street City State Zip Code

Last 4 digits of account number  **2148**                                    **$0.00**

When was the debt incurred?  **Opened 05/19  Last Active 5/03/20**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Secured**

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.40**

**Society 1000, LLC**
Nonpriority Creditor's Name
**3304 Old Capital Trail**
**Wilmington, DE 19808**
Number Street City State Zip Code

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Other**

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.41**

**Transworld Systems Inc**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**500 Virginia Dr Ste 514**
**Fort Washington, PA 19034**
Number Street City State Zip Code

Last 4 digits of account number  **5462**                                    **$1,592.00**

When was the debt incurred?  **Opened 12/22**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collection Attorney Delmarva Power**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor 1   **Amin S Rasheed**                                     Case number (if known)   **23-12138**

---

**4.4.2**

**USDOE/GLELSI**
Nonpriority Creditor's Name

**2401 International Lane**
**Madison, WI 53704**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [✓] No
- [ ] Yes

Last 4 digits of account number   **8581**                                    Unknown

**When was the debt incurred?**   **Opened 10/15  Last Active 1/01/23**

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [✓] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify   **Educational**

---

**4.4.3**

**Vader Capital**
Nonpriority Creditor's Name

**PO Box 227970**
**Miami, FL 33222**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [✓] No
- [ ] Yes

Last 4 digits of account number                                               Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify   **Other**

---

**4.4.4**

**Wakefield & Associates**
Nonpriority Creditor's Name

**Attn: Bankruptcy**
**7005 Middlebrook Pike**
**Knoxville, TN 37909**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [✓] No
- [ ] Yes

Last 4 digits of account number   **0888**                                    $1,181.00

**When was the debt incurred?**   **Opened 12/22**

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify   **Collection Attorney Emergency Care Service Of Pa**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

---

Debtor 1  **Amin S Rasheed**  Case number (if known)  **23-12138**

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | | Total Claim |
|---|---|---|---|---:|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. $ | 0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ | 170,000.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ | 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ | **170,000.00** |

|  |  |  | | Total Claim |
|---|---|---|---|---:|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. $ | 7,344.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ | 0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ | 0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 59,740.16 |
|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ | **67,084.16** |