**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Amin S. Rasheed,<br><br>*Debtor*. | Case No. 23-12138-djb<br>Chapter 13 |

**Debtor's Motion to Avoid Lien of Cavalry SPV I LLC**

Debtor Amin S. Rasheed, through his attorney, respectfully moves this Court for entry of an order avoiding the judicial lien held by Cavalry SPV I LLC under 11 U.S.C. § 522(f). In support of this Motion, Debtor states as follows:

1. Debtor petitioned for relief under Chapter 13 on July 19, 2023.

2. On July 12, 2022, Cavalry obtained a judgment in the amount of $4,809.41 against the Debtor in the Delaware County Court of Common Pleas at Docket No. CV-2021-007278.

3. On September 25, 2023, Cavalry filed Proof of Claim No. 16, asserting a secured claim in the amount of $5,106.67 based on the above judgment.

4. This judgment constitutes a judicial lien within the meaning of 11 U.S.C. § 101(36).

5. The Debtor's amended Schedule C (ECF No. 81), in conjunction with his amended Schedule A/B (ECF No. 80), demonstrates that all of his property is exempt.

6. The judicial lien held by Cavalry impairs all of the Debtor's claimed exemptions.

7. The Debtor may therefore avoid the lien in its entirety.

For those reasons, the Court must enter relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: July 9, 2025    **SADEK LAW OFFICES, LLC**
*Attorney for Debtor*

By: _____
Michael I. Assad
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com