**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Amin S. Rasheed, | Case No. 23-12138-djb |
| | Chapter 13 |
| *Debtor.* | |

**Order Avoiding Lien of Cavalry SPV I LLC**

      **AND NOW**, after consideration of the Motion to Avoid Lien of Cavalry SPV I LLC filed by Debtor Amin S. Rasheed, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1.      The Motion is **GRANTED**.

2.      The judicial lien in favor of Cavalry SPV I LLC, entered on July 12, 2022, by the Delaware County Court of Common Pleas at Docket No. CV-2021-007278, is **AVOIDED** in its entirety under 11 U.S.C. § 522(f)(1)(A).

3.      Claim No. 16 filed by Cavalry is deemed wholly unsecured.

4.      The Chapter 13 Trustee must refrain from making any distribution to Cavalry as a secured creditor on account of Claim No. 16 pending further order of this Court or confirmation of a modified Chapter 13 plan consistent with this order.

Date: _____

                             _____
                             Derek J. Baker
                             U.S. Bankruptcy Judge

CC:   Chief Executive Officer
       Calvary SPV I LLC
       500 Summit Lake Dr Ste 400
       Valhalla, NY 10595