**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re  Amin S. Rasheed, | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Bky.  No. 23-12138-djb |
| | : | |
| | : | |

..........................................

# WITNESS

..........................................

| Order of Witness | Witness Name | Testimony Description |
|---|---|---|
| 1 | Amin S. Rasheed | The witness will offer testimony in support of the Objection to Claim Number 8 by Claimant Kodiak Funding LLC, specifically regarding the timing of his move from Delaware to Pennsylvania. |