**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Amin S. Rasheed,<br><br>　　　　　　　　　　*Debtor*. | Case No. 23-12138-djb<br>Chapter 13 |

### Order Avoiding Lien of Cavalry SPV I LLC

**AND NOW**, after consideration of the Motion to Avoid Lien of Cavalry SPV I LLC filed by Debtor Amin S. Rasheed, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The judicial lien in favor of Cavalry SPV I LLC, entered on July 12, 2022, by the Delaware County Court of Common Pleas at Docket No. CV-2021-007278, is **AVOIDED** in its entirety under 11 U.S.C. § 522(f)(1)(A).

3. Claim No. 16 filed by Cavalry is deemed wholly unsecured.

4. The Chapter 13 Trustee must refrain from making any distribution to Cavalry as a secured creditor on account of Claim No. 16 pending further order of this Court or confirmation of a modified Chapter 13 plan consistent with this order.

Date:  **August 20, 2025**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Derek J. Baker
　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge

CC:　Chief Executive Officer
　　　Calvary SPV I LLC
　　　500 Summit Lake Dr Ste 400
　　　Valhalla, NY 10595